IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEIL BENNETT STAFFORD,

        Petitioner,        Civil No. 07-88-HO

        v.                ORDER

STATE OF OREGON,

        Respondent.

    Respondent has filed a "Motion to Dismiss or in the alternative to require more specificity" (#7). Petitioner's Response (#8) provides additional information concerning his claim by way of incorporating pleadings from state court proceedings. However, incorporation by reference is not appropriate.

1 - ORDER

Accordingly, respondent's motion (#7) is allowed to the extent that within 30 days of the date of this order, petitioner shall file an amended pleading that clearly sets forth his claims in this proceeding. Specifically, petitioner should specifically identify the parole board action he challenges and the dates of any state court decisions relative to his appeal of that decision. In addition, petitioner should specifically allege the federal constitutional basis for his challenge to the parole board decision in this court.

An amended scheduling order will be entered after petitioner has filed an amended petition consistent with the directives herein.

IT IS SO ORDERED.

DATED this  16th   day of May, 2007.

                                      s/ Michael R. Hogan
                                      Michael R. Hogan
                                      United States District Judge

2 - ORDER